UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEDRO LUIS RODRIGUEZ,

    Plaintiff,

  v.

MATT GRECO, et al.,

    Defendants.

Case No. 15-cv-04250-JST (PR)

**ORDER OF TRANSFER**

Plaintiff, an inmate at the San Diego Central Jail, has filed a pro se complaint under 42 U.S.C. § 1983 alleging that he is being wrongfully prosecuted by the Office of the San Diego District Attorney and the City and County of San Diego. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in San Diego County, which lies within the venue of the Southern District of California. See 28 U.S.C. § 84(d). Venue therefore properly lies in the Southern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Southern District of California. In view of the transfer, the Court will not rule upon plaintiff's pending motion to proceed in forma pauperis (Docket No. 2).

The Clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

Dated: September 24, 2015

_____
JON S. TIGAR
United States District Judge